UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC4, U.S. BANK, N.A., AS TRUSTEE,

Plaintiff,

v.

ALFREDO GOMEZ, et al.,

Defendants.

Case No. 13-02319-JCS

**ORDER TO SHOW CAUSE RE REMOVAL**

On May 21, 2013, Defendant Alfredo Gomez ("Defendant") removed the underlying action from the Superior Court of California, County of Alameda to the United States District Court, Northern California.[1]

IT IS HEREBY ORDERED that Defendant appear on June 21, 2013, at 9:30 a.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Franscisco, CA, and show cause why this case should not be remanded back to the Superior Court of California, County of Alameda for lack of federal jurisdiction.  Any memorandum in support or opposition shall be filed by June 14, 2013.

IT IS SO ORDERED.

Dated: June 3, 2013

_____
Joseph C. Spero
United States Magistrate Judge

---

[1] Gloria Gomez, also named as a Defendant in the Complaint, did not join in the removal.