UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC4, U.S. BANK, N.A., AS TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO GOMEZ, et al.,<br><br>Defendants. | Case No: C 13-2319 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Alfredo and Gloria Gomez are defendants in an unlawful detainer proceeding filed against her by Plaintiff in the Alameda County Superior Court. On May 21, 2013, Defendants removed the action, which was then assigned to Magistrate Judge Joseph Spero. On June 21, 2013, Magistrate Judge Spero issued a report and recommendation in which he recommended remanding the action, inter alia, for lack of subject matter jurisdiction. Dkt. 13. The matter was reassigned to this Court on June 24, 2013. Dkt. 15.

Any objections to a report and recommendation must be filed within fourteen days of receipt thereof. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Civ. L.R. 72-2, 72-3. In this case, objections were due by July 5, 2013. To date, no objections have been filed.

In the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (citing Campbell v. U.S. Dist. Court, 501 F.2d 196, 206 (9th Cir. 1974)); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute [28 U.S.C. § 636(b)(1)(C)] makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if [an]*

1 *objection is made*, but not otherwise.") (en banc).  The Court has reviewed the record on its
2 face and finds no clear error.  Accordingly,
3     IT IS HEREBY ORDERED THAT the magistrate judge's report and
4 recommendation (Docket 13) is ACCEPTED and shall become the Order of this Court.
5 The instant action is REMANDED to the Alameda County Superior Court.  The Clerk shall
6 close the file and terminate any pending matters.
7     IT IS SO ORDERED.
8 Dated:  July 11, 2013            _____
9                   SAUNDRA BROWN ARMSTRONG
                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CITIGROUP MORTGAGE LOAN TRUST INC,

       Plaintiff,

 v.

ALFREDO GOMEZ et al,

       Defendant.
                                     /

Case Number: CV13-02319 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfredo Gomez
6004 Camden Street
Oakland, CA 94605

Gloria Gomez
6004 Camden Street
Oakland, CA 94605

Dated: July 11, 2013
                                   Richard W. Wieking, Clerk
                                   By: Lisa Clark, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28